# UNITED STATES DISTRICT COURT
## District of Minnesota

Santos Pascual Romero Romero,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1462 LMP/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Santos Pascual R. R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;
2. The Government is **ORDERED** to release Santos Pascual R. R. from custody, without conditions, by no later than **5:00 p.m. on Tuesday, February 24, 2026**;
3. The Government is **ORDERED** to return to Santos Pascual R. R. any property belonging to Santos Pascual R. R. that was taken in connection with his arrest and detention; and
4. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than **5:00 p.m. on Wednesday, February 25, 2026**.

Date: 2/23/2026

KATE M. FOGARTY, CLERK